## COLLEEN GRIFFIN *v.* YANKEE SILVERSMITH, LTD., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 109 Conn. App. 9 (AC 28733), is denied.

*Peter J. Bartinik, Jr.,* in support of the petition.

*Michael A. Hardesty,* in opposition.

Decided September 16, 2008